April 28, 1916.) Motions to dismiss appeals granted, with $10 costs. Orders filed.

In the Matter of Proceedings Supplementary to execution in an action entitled J. HUNGER-FORD SMITH CO., respt., v. R. Elmer SHOE-MAKER, applt. (Supreme Court, Appellate Division, Fourth Department. March 15, 1916.) Order affirmed, with $10 costs and disbursements. All concur.

JOHN FORSYTHE CO., Inc., Applt., v. TRIBUNE ASSOCIATION and ano., Respts. M. I. STEWART & CO. v. SAME. (Supreme Court, Appellate Division, First Department. April 14, 1916.) Orders affirmed, with $10 costs and disbursements. No opinion. Orders filed.

JOHN J. GUINAN CONTRACTING COMPANY, respondent, v. TOPEKA PAVING COMPANY, Inc., appellant. (Supreme Court, Appellate Division, Second Department. April 14, 1916.) Order reversed, with $10 costs and disbursements, and motion to vacate warrant of attachment granted, with $10 costs. There is no evidence that defendant removed its property from the state with intent to defraud its creditors. Jenks, P. J., and Thomas, Carr, Stapleton, and Mills, JJ., concur.

In the Matter of the Application of Holmes JONES, appellant, for a writ of mandamus against Edward A. MATHEWS, as Town Clerk, etc., respondent. (Supreme Court, Appellate Division, Second Department. May 5, 1916.) Motion granted.

J. W. CUSHMAN & CO. v. EDWARD W. BALLOW & CO., Inc. (Supreme Court, Appellate Division, First Department. April 28, 1916.) Application granted. Order signed.

J. Leo KANE, appellant, v. C. W. HUNT COMPANY, Inc., respondent. (Supreme Court, Appellate Division, Second Department. April 14, 1916.) Judgment unanimously affirmed, with costs. No opinion.

Mary KANE, Applt., v. Morris GOLDE, impld., Respt. (Supreme Court, Appellate Division, First Department. April 20, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

In the Matter of the claim of Michael KANZAR, etc., respt., v. ACORN MANUFACTURING COMPANY, employer, and Ætna Life Insurance Company, insurance carrier, applts. (Supreme Court, Appellate Division, Third Department. May 3, 1916.) Award affirmed. All concur, except Kellogg, P. J., and Lyon, J., dissenting.

John J. KARLENOVFSKY, respt., v. Fay W. MILLER, and one, applts. (Supreme Court, Appellate Division, Fourth Department. March 15, 1916.) Judgment and order reversed and new trial granted, with costs to appellants to abide event. Held, that the verdict is against the weight of the evidence upon the

question of conspiracy and extortion. All concur, except Kruse, P. J., who dissents.

Clarence H. KELSEY v. John McTIGUE and ano. (Supreme Court, Appellate Division, First Department. April 14, 1916.) Motion denied, with $10 costs. Order filed.

Nicholas G. KEMPF and one, as executors, etc., of George Kempf, deceased, plaintiffs, v. William H. BIERS, et al., respts., and John T. Ryan, applt. (Supreme Court, Appellate Division, Fourth Department. March 31, 1916.) Motion granted, allowing John T. Ryan to withdraw his appeal upon payment of $10 costs and taxable disbursements on appeal.

Virginia KENDALL, Respt., v. Frederick SCHNAUFER, Applt. (Supreme Court, Appellate Division, First Department. April 28, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Barbara KERN v. Martin STUCZKEWICZ, applt. (Supreme Court, Appellate Division, Fourth Department. March 31, 1916.) Judgment and order affirmed, with costs. All concur.

In the Matter of the application of William S. KIES, for admission to the bar. (Supreme Court, Appellate Division, Second Department. April 14, 1916.) Application granted.

Max KLEINMAN v. HENRY KUPFER & CO., Inc. (Supreme Court, Appellate Division, First Department. April 28, 1916.) Application granted. Order signed.

In the Matter of Edward J. KNAPP. (Supreme Court, Appellate Division, First Department. April 28, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

In the Matter of KNAPP & FRENCH, Inc. (Supreme Court, Appellate Division, First Department. October, 1915.) Appeal dismissed, with $10 costs and disbursements.

In the Matter of KNAPP & FRENCH, Inc. (Supreme Court, Appellate Division, First Department. April 14, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Richard T. KNOLL, appellant, v. BROOKLYN, QUEENS COUNTY & SUBURBAN RAILROAD COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. April 7, 1916.) Order reversed, with $10 costs and disbursements, upon the ground that the moving papers are defective in not setting forth any facts showing that defendant has a meritorious defense. Leave, however, is granted to the defendant to renew the motion at Special Term upon additional affidavits setting forth such facts, with the suggestion that, if the motion should there be granted, it should be upon terms that the defendant pay the taxable costs included in the judgment. Jenks, P. J., and